Hand-Delivered

FILED
CHARLOTTE, NC

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

Charlotte Division

NOV 13 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| Raupunzel Padgett <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Compass Group USA <br> SSC Services for Education <br> Jennifer Hill <br> Shannon Thornton <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 3:23-cv-764-FDW <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Raupunzel Padgett |
   | Street Address | 16501 Redcliff Dr. Apt 2J |
   | City and County | Huntersville, Macklenburg |
   | State and Zip Code | North Carolina 28078 |
   | Telephone Number | (317) 363-4443 |
   | E-mail Address | rapunzel_blessed@yahoo.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Compass Group USA
- Job or Title *(if known)*: Company
- Street Address: 2400 Yorkmont Rd
- City and County: Charlotte, Mecklenburg
- State and Zip Code: North Carolina 28217
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2
- Name: SSC Services for Education
- Job or Title *(if known)*:
- Street Address: 1225 East Weisgarber RD Suit 200
- City and County: Knoxville, Knox
- State and Zip Code: Tennessee 37909
- Telephone Number: (865) 546-8880
- E-mail Address *(if known)*:

Defendant No. 3
- Name: Jennifer Hill
- Job or Title *(if known)*: Recruiter
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*: Jennifer.Hill@compass-usa.com

Defendant No. 4
- Name: Shannon Thornton
- Job or Title *(if known)*: Vice President of Human Resouces
- Street Address:
- City and County:
- State and Zip Code:

| | |
|---|---|
| Telephone Number | (865) 673-4368 |
| E-mail Address *(if known)* | Shannon.Thornton@compass-usa.com |

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | SSC Services for Education |
| Street Address | 475 Corporated Square Dr. |
| City and County | Winston Salem, Forsyth |
| State and Zip Code | North Carolina 27105 |
| Telephone Number | |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☒ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Between September 20, 2023 - September 29, 2023

C. I believe that defendant(s) *(check one)*:
- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race — African American
- ☒ color — Black
- ☒ gender/sex — Female
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

On or Around October 2, 2023

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 10/10/2023 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/13/2023

Signature of Plaintiff: *Rawpunzel Padgett*
Printed Name of Plaintiff: Raupunzel Padgett

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

## Section III. Statement of Claim

On or around September 20, 2023, I sought out a job opportunity with SSC Services for Education in Winton-Salem, NC. I applied for the Custodial Unit Director position. I had previous experience in this position but was rejected without further consideration.

Defendant Jennifer Hill was listed as the recruiter for this job posting. The defendant kept the job open and continued seeking out other applicants.

On or around September 29, 2023, I contacted Defendant Shannon Thornton, Vice President of Human Resources regarding my rejection. Defendant Shannon attached a list of insurance requirements for eligibility to drive a vehicle and told me to contact Human Resource Services if I felt I was mistakenly rejected. I never completed a background screening for this current position.

## Section III. Statement of Claim

E.

**The facts of my cases are as follows:**

The defendants are using their authority to dictate and determine which race, color, and sex are hired for management positions. The defendants used unequal terms and conditions to keep me from being hired. My applications were rejected because the defendant Jennifer Hill knew I was an African-American, black female. I was given unequal insurance requirements because the defendant Shannon Thornton knew I was an African-American, Black Female. I was not rejected based on my ability to perform the job duties, but based on discrimination against my protected class, in violation of Title VII of the Civil Rights Act of 1964.

1. Proof of previous satisfactory performance with the defendant

2. Previous job offers resulting in successful employment with the defendant

3. Previous job offers resulting in unsuccessful employment with the Defendant after Defendant Jennifer Hills' involvement

4. Job openings in Winton-Salem reposted after I received the rejection letters

5. The email from Defendant Shannon Thornton listing insurance requirements

## Section V. Relief

I am respectfully asking that I be granted the amount of $3,850,000. This amount is based on the cruel and intentional behavior acted out independently by the defendants against me. The defendants have caused a preponderance amount of distress by sabotaging my career and future with the company. The defendants have forced me to be ashamed of protected class

while inflicting a permanent wound on my future and my life. I have spent many long days and nights trying to understand what I did to deserve this amount of discrimination towards me in a workplace where I was once a successful part of the team.

I, the plaintiff file for compensation as follows:

1. Forward pay of $350,000 ($70,000 annual expected salary, plus 10% annual bonus)X 5 years of intended commitment to my 5-year life plan

2. Compensatory damages in the amount of 500,000

3. Punitive damages in the amount of 3,000,000